**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: CONDEMNATION BY THE PENNSYLVANIA TURNPIKE COMMISSION OF PROPERTY LOCATED IN THE TOWNSHIP OF BENSALEM (INCORRECTLY IDENTIFIED AS THE TOWNSHIP OF BRISTOL IN THE NOTICE TO CONDEMNEES), BUCKS COUNTY, COMMONWEALTH OF PENNSYLVANIA, FOR THE I-95 INTERCHANGE PROJECT (PARCEL ID NO. 02-033-004) | No. 342 MAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |
| THE LANDS OF LEWIS TARLINI AND LOUISE ANN TARLINI, HUSBAND AND WIFE, OF BENSALEM TOWNSHIP, THE EMINENT DOMAIN COUNTY OF BUCKS, COMMONWEALTH OF PENNSYLVANIA, CONDEMNEES | |
| PETITION OF: PENNSYLVANIA TURNPIKE COMMISSION | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.